NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

KA09-1387

STATE OF LOUISIANA

VERSUS

J. NORRIS CARTER

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 20243-08
HONORABLE DENNIS WALDRON-AD HOC

**********

**J. DAVID PAINTER**
**JUDGE**

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and J. David Painter, Judges.

**APPEAL DISMISSED.**

**Hon. Kurt Wall**
**Assistant Attorney General**
**P. O. Box 94005**
**Baton Rouge, LA 70804**
**(225) 326-6281**
**COUNSEL FOR APPELLEE:**
	**State of Louisiana**

**Ms. Annette Roach**
**Attorney at Law**
**P. O. Box 1747**
**Lake Charles, LA 70602**
**(337) 436-2900**
**COUNSEL FOR APPELLANT:**
	**J. Norris Carter**

**Painter, Judge.**

The Defendant, J. Norris Carter, was charged in a single bill of information with simple battery and remaining on property after being forbidden. After a bench trial, he was convicted of the charged offenses. For each offense, he was sentenced to serve six months in the Calcasieu Parish Prison, to run concurrently with each other, but consecutively to other sentences imposed in docket number 24198-09. On July 21, 2009, the day prior to sentencing, the Defendant filed a Notice of Appeal, which was granted on July 27, 2009.

Subsequent to the lodging of the appeal, this court issued a rule to show cause why the appeal should not be dismissed as the judgment at issue is not an appealable judgment. In a response filed on December 7, 2009, counsel agreed that the proper mode of review is by writ of review, and she noted that a writ of review is pending in this court under docket number KW09-1251. On December 10, 2009, this court issued a ruling, addressing the merits, in the writ. *State v. Carter*, an unpublished writ bearing docket number 09-1251 (La.App. 3 Cir. 12/10/09).

The judgment at issue is not appealable. La.Code Crim.P. art. 912.1(B). Accordingly, we hereby dismiss the Defendant's appeal.

**APPEAL DISMISSED.**